UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARLEYSVILLE PREFERRED INSURANCE COMPANY,<br><br>                           Plaintiff,<br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, SUN KIM CLEANERS, INC. D/B/A CLEMENTE CLEANERS, SUN DAL KIM, AND IL WHAN KHO,<br><br>                         Defendants. | CIVIL ACTION NO. 7:18-cv-8306<br><br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT AS TO PLAINTIFF HARLEYSVILLE PREFERRED INSURANCE COMPANY** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Harleysville Preferred Insurance Company states that it is a wholly owned subsidiary of Harleysville Group, Inc, which is a wholly owned subsidiary of Nationwide Mutual Insurance Company. None of these entities are publicly owned.

                                                 Respectfully submitted,

Dated:  New York, New York            By:    /s/ Lance J. Kalik
         September 13, 2018                      Lance J. Kalik (LK-4677)

                                           RIKER, DANZIG, SCHERER, HYLAND
                                            &PERRETTI  LLP
                                           Attorneys for Plaintiff,
                                           Harleysville Preferred Insurance Company.
                                           Headquarters Plaza
                                           One Speedwell Avenue
                                           Morristown, NJ 07962-1981
                                           (973) 538-0800

                                           500 Fifth Avenue
                                           Suite 4920
                                           New York, New York 10110
                                           (212) 302-6574