UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

HARLEYSVILLE PREFERRED INSURANCE
COMPANY

                Plaintiff,

v.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, SUN KIM
CLEANERS, INC. D/B/A CLEMENTE
CLEANERS, SUN DAL KIM, AND IL
WHAN KHO,

                Defendants.
---------------------------------------------------------X

ORDER

18-cv-08306 (PMH)

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. The Court has reviewed plaintiff's pre-motion letter request dated August 19, 2019 (Doc. 24) and defendant's response thereto dated August 28, 2019 (Doc. 25); and plaintiff's pre-motion letter request dated December 19, 2019 (Doc. 26). The Court grants the parties' requests to file motions for summary judgment and directs the following briefing schedule: the parties will file their motions on or before May 11, 2020; and will file their respective responses thereto on or before May 26, 2020. Reply papers will not be accepted unless prior permission of the Court is given.

Dated: New York, New York
      April 3, 2020

_____
Philip M. Halpern
United States District Judge