**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HARLEYSVILLE PREFERRED INSURANCE
COMPANY,

                Plaintiff,                    18 **CIVIL** 8306 (PMH)

           -against-                      **JUDGMENT**

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, SUN KIM
CLEANERS, INC. D/B/A CLEMENTE
CLEANERS, SUN DAL KIM, AND IL WHAN
KHO,
                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 22, 2021, and Endorsed Stipulation of Discontinuance dated August 3, 2021, the Court DENIES Harleysville's motion for summary judgment and GRANTS Allstate's motion for summary judgment (Docs. 28, 30). Harleysville's request for oral argument on the motions is DENIED as unnecessary. (Doc. 35). As the Stipulation resolves the claims extant following the Court's March 22, 2021 Memorandum Opinion and Order, no claims remain to be adjudicated by the Court in this matter; accordingly, this case is closed.

**Dated:** New York, New York
        August 3, 2021

                                                  **RUBY J. KRAJICK**
                                                   _____
                                                       Clerk of Court
                                     BY:
                                                        Deputy Clerk